UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telebrands Corp., | |
| Plaintiff(s), | 25-CV-8558 (DEH) |
| v. | ORDER |
| GUANGZHOULINGYEDIANZIS HANGWUYOUXIANGONGSI d/b/a ZEZZ et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Plaintiff Telebrands Corp. filed this action under seal on October 16, 2025, seeking a Temporary Restraining Order ("TRO") against Defendants. The Court set a revised briefing schedule on October 22, 2025, ordering Defendants to file opposition papers to the TRO on or before November 10, 2025 at 5:00 p.m. and setting an in-person hearing for November 13, 2025 at 4:00 p.m. By email to Chambers dated November 6, 2025, counsel for Defendants requested permission to attend the conference virtually.

Now that Defendants have been served, and counsel has commenced participation in this matter, the Court hereby **ORDERS** that this case be unsealed on the docket.

The Court **GRANTS** Defendants' request to appear virtually at the hearing at 4:00 pm on **November 13, 2025.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: [919 283 016], followed by the pound (#) sign.

The briefing schedule is as follows: Defendants' Opposition to the TRO is due November 10, 2025 at 5:00 p.m. Plaintiff's Reply, if any, shall be filed no later than November 11, 2025.

Should any documents need to remain sealed, Plaintiff must indicate as such within their reply brief.

Plaintiff is **ORDERED** to serve this Order on Defendants and to file proof of service on the docket by November 7, 2025.  Plaintiff is further **ORDERED** to refile their case initiating documents on the docket once it becomes available.

Defendants are **ORDERED** to enter appearances on the docket as soon as reasonably possible following the docket being unsealed.

SO ORDERED.

Dated: November 6, 2025
New York, New York

_____
DALE E. HO
United States District Judge