**MEMO ENDORSED**



**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

November 20, 2025

> **Application GRANTED. The deadline is extended *nunc pro tunc* to November 24, 2025. The Clerk of Court is respectfully directed to terminate ECF No 45.**
>
> **SO ORDERED.**
>
> *[signature]*
>
> Dale E. Ho
> United States District Judge
> Dated: November 21, 2025
> New York, New York

**VIA E-MAIL**
Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

Re:   *Telebrands Corp. v. Guangzhoulingyedianzishangwuyouxiangongsi d/b/a Zezz, et al.*
Case No. 25-cv-8558 (DEH)
<u>Letter Regarding Extension to File Proposed PI Order</u>

Dear Judge Ho,

     We represent Plaintiff Telebrands Corp. ("Plaintiff") in the above-referenced matter (the "Action").[1] On November 14, 2025, the Court ordered that Plaintiff and Defendant guangzhoulingyedianzishangwuyouxiangongsi d/b/a Sicily Miubber a/k/a Sicily TDNFAZBR a/k/a Sicily-us ("Defendant") (collectively, the "Parties") provide a proposed preliminary injunction order ("Proposed PI Order") that complies with the terms of the Court's oral ruling by November 21, 2025 ("November 14, 2025 Order"). (Dkt. 38). For the reasons set forth herein, Plaintiff respectfully requests that the Court extend the Parties' deadline to file the Proposed PI Order to Monday, November 24, 2025. In accordance with Your Honor's Individual Rules and Practices, Plaintiff submits the following:

1. <u>**Original Date and New Date Requested**</u>: Plaintiff's current deadline to file the Proposed PI Order is Friday November 21, 2025. Plaintiff respectfully requests to file its Proposed PI Order Monday, November 24, 2025.
2. <u>**The number of previous requests for adjournment**</u>: None, this is Plaintiff's first request for an extension of time to file the Proposed PI Order.
3. <u>**Whether these previous requests were granted or denied**</u>: N/A.
4. <u>**The reason for the extension or adjournment**</u>: As the Parties are still engaged in productive discussions regarding drafting the Proposed PI Order, including the bond section, the Parties respectfully request an extension of one (1) day to finish drafting the same.
5. <u>**Whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent**</u>: Defendant consents to the extension to file the Proposed PI Order.
6. <u>**The date of the parties' next scheduled appearance before the Court**</u>: N/A.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Dale E. Ho
November 20, 2025
Page 2

We thank the Court for its time and attention to this matter.

          Respectfully submitted,

          **EPSTEIN DRANGEL LLP**

          BY: /s/ Melissa J. Levine
          Melissa J. Levine
          mlevine@ipcounselors.com
          60 East 42nd Street, Suite 1250
          New York, NY 10165
          Telephone: (212) 292-5390
          Facsimile: (212) 292-5391
          *Attorneys for Plaintiffs*

