UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telebrands Corp.,<br><br>    Plaintiff,<br><br>  v.<br><br>GUANGZHOULINGYEDIANZIS HANGWUYOUXIANGONGSI d/b/a ZEZZ et al.,<br><br>    Defendants. | 25-CV-8558 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On review of the Parties' position statements regarding future proceedings in this matter, the Court concludes that service pursuant to the Hague Convention is required.  *See Smart Study Co., Ltd v. Shenzhenshixindajixieyouxiangongsi*, No. 24-313, 2025 WL 3672740, at \*6 (2d Cir. Dec. 18, 2025).  Plaintiff is **DIRECTED** to serve Defendant Sicily in conformity with the requirements of the Hague Convention.  Within seven days of effectuating service, the Parties shall file a status letter and a proposed case management plan reflecting both parties' views.  If service is not completed within six months, the parties shall file a status letter regarding the status of service.

  SO ORDERED.

Dated: December 23, 2025
   New York, New York

             _____
                DALE E. HO
            United States District Judge