Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
Jodi-Ann McLane
jmclane@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP.,<br><br>*Plaintiff*<br><br>v.<br><br>GUANGZHOULINGYEDIANZISHANGWUYOUXIANGONGSI d/b/a ZEZZ; GUANGZHOUSHISHUGELINKEJIYOUXIANGONGSI d/b/a DAYISTOOLS; GUANGZHOULINGYEDIANZISHANGWUYOUXIANGONGSI d/b/a SICILY MIUBBER a/k/a SICILY TDNFAZBR a/k/a SICILY-US; JINGMENSHIZUIMEISHANGMAOYOUXIANGONGSI d/b/a TYRELLSO a/k/a TYRELLSO GARDEN HOSE; and SHEN ZHEN LING KU KE JI YOU XIAN GONG SI d/b/a LINKU a/k/a LINKU USA,<br><br>*Defendants* | **CIVIL ACTION NO. 25-cv-8558 (DEH)** |

## CERTIFICATE OF SERVICE

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 6 East 45th Street, 7th Floor, New York, New York 10017. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Plaintiff Telebrands Corp. ("Plaintiff") in the above-captioned case.

4. On January 23, 2026, Plaintiff served copies of the Summons, Complaint, TRO and all papers filed in support of the Application on Defendant guangzhoulingyedianzishangwuyouxiangongsi d/b/a Sicily Miubber a/k/a Sicily TDNFAZBR a/k/a Sicily-us through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague").

5. On February 2, 2026, Plaintiff served copies of the Summons, Complaint, TRO and all papers filed in support of the Application on Defendant Guangzhoushishugelinkejiyouxiangongsi d/b/a DayisTools through the Hague.

6. Enclosed herewith are the Certificates of Service provided by the Chinese Central Authority for the above Defendants.

I declare under the penalty of perjury under the laws of the United States of America that to

1

the best of my knowledge the foregoing is true and correct.

Dated: February 12, 2026          By:     /s/ Gabriela N. Nastasi
       New York, New York                    Gabriela N. Nastasi
                                                           gnastasi@ipcounselors.com
                                                           EPSTEIN DRANGEL LLP
                                                           6 East 45th Street, 7th Floor
                                                           New York, NY 10017
                                                           Telephone: (212) 292-5390
                                                           Facsimile: (212) 292-5391
                                                           *Attorneys for Plaintiff*
                                                           *Telebrands Corp.*

**CERTIFICATE**
*ATTESTATION*

6021CNS20251124

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1. *
☑ that the document has been served *
*que la demande a été exécutée**

| – :<br>the (date) / le (date) : | 23.Jan,2026 |
|---|---|
| –<br>at (place, street, number) / à (localité, rue, numéro) : | |

| – :<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* ||
|---|---|
| ☑ | **a)** *<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | **b)** *<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante** |
| ☐ | **c)** *<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** |

:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| :<br>Identity and description of person:<br>*Identité et qualité de la personne :* | Xiaoqiong Huang |
|---|---|
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | Front Desk |

2 *
☐ that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants**

| |
|---|
| |

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / *Annexes*

| :<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / *Fait à*<br>Beijing<br>the / *le*<br>2026.02.04 | Signature and/or stamp / *Signature et / ou cachet*<br><br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |
|---|---|

2013    4

## CERTIFICATE
*ATTESTATION*

6020CNS20251124

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☑ **1.** that the document has been served *
*que la demande a été exécutée**

| the (date) / le (date) : | 2.Feb,2026 |
|---|---|
| at (place, street, number) / à (localité, rue, numéro) : | Room 209-1, Building C, No. 139 Fuhua East Road, Shiqiao Street, Panyu District, Guangzhou City, Guangdong |

in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☑ **a)** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ **b)** in accordance with the following particular method*:
*selon la forme particulière suivante**

☐ **c)** by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| Identity and description of person:<br>*Identité et qualité de la personne :* | With a seal of the company |
|---|---|
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2.** that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants**

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

Annexes / *Annexes*

| Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* if appropriate / *s'il y a lieu*

| Done at / *Fait à*<br>Beijing<br><br>the / *le*<br>2026.02.09 | Signature and/or stamp / *Signature et / ou cachet*<br>[Seal: 中华人民共和国 司法部 民商事司法协助专用章] |
|---|---|

2013    4