# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUANGZHOULINGYEDIANZISHANGWUYOUXIANGONGSI d/b/a ZEZZ et al., <br><br> Defendants. | CIVIL ACTION NO. 1: 25-cv-8558 (DEH) <br><br> ECF CASE |

## NOTICE OF COMPLIANCE BY THE GIKKAS LAW FIRM, P.C.

In compliance with the Order [ECF 60] regarding the Motion for The Gikkas Law Firm, P.C. to Withdraw as Attorney [ECF 59], this Notice is supplied to certify that The Gikkas Law Firm, P.C. has a informed Sicily-US, by and through its counsel in China, of the conference scheduled for March 12, 2026, at 3:00 p.m., and has provided a copy of the Order to same.

Dated: March 3, 2026

Respectfully submitted,

By: /s/ Nicolas S. Gikkas
Nicolas S. Gikkas (Admitted *Pro Hac Vice*)
nsg@gikkaslaw.com
Lewis E. Hudnell, III
leh@gikkaslaw.com
Stanley H. Thompson, Jr. (Admitted *Pro Hac Vice*)
st@gikkaslaw.com
THE GIKKAS LAW FIRM, P.C.
800 El Camino Real, Suite 180
Mountain View, CA 94040
T: (650) 817-7085
F: (650) 618-2600
*Attorneys for Defendant*
*Guangzhoulingyedianzishangwuyouxiangongsi*
*d/b/a Sicily-US*