

**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

April 27, 2026

**VIA ECF**
Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Application GRANTED.  The deadline is extended
to June 11, 2026.  The Clerk of Court is
respectfully directed to terminate ECF No. 70.**

**SO ORDERED.**     Dale E. Ho
                    United States District Judge
                    Dated: April 1, 2026
                    New York, New York

     Re:  *Telebrands Corp. v. Guangzhoulingyedianzishangwuyouxiangongsi d/b/a Zezz, et al.*, **Case No. 25-cv-8558 (DEH)**
        <u>Request for Extension of Time to File Default Judgment Motion</u>

Dear Judge Ho,

    We represent Plaintiff Telebrands Corp. ("Plaintiff") in the above-referenced matter (the "Action").[1] On March 12, 2026, the Court ordered Plaintiff to file a default judgment motion ("DJ Motion") no later than May 11, 2026 against Defendants ("March 12, 2026 Order"). (Dkt. 62). For the reasons set forth herein, Plaintiff respectfully requests that the Court grant an extension of Plaintiff's deadline to file its DJ Motion. In accordance with Your Honor's Individual Rules of Practice, Plaintiff submits the following:

1. <u>**Original Due Date and New Date Requested**</u>: Plaintiff's current deadline to file its DJ Motion is May 11, 2026. Plaintiff requests an extension of the deadline to file its DJ Motion until June 11, 2026.
2. <u>**The number of previous requests for adjournment or extension**</u>: This is Plaintiff's first request for an extension of time to file its DJ Motion.
3. <u>**Whether these previous requests were granted or denied:**</u> N/A.
4. <u>**The reason for the extension or adjournment**</u>: Plaintiff filed a sealed motion on May 24, 2026 (Dkts. 66-68). In light of the same, and so as not to waste the Court's time and resources by filing multiple default judgment motions in the Action, Plaintiff respectfully requests an extension of the DJ Motion filing deadline.
5. <u>**Whether the adversary consents**</u>: Given that Defendants are in default, Plaintiff did not seek their consent.
6. <u>**The date of the parties' next scheduled appearance before the Court:**</u> The parties are not currently scheduled to appear before the Court.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint.