

**EPSTEIN DRANGEL LLP**
6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

The Clerk of Court is respectfully directed to unseal the documents at ECF Nos. 66-69 and to terminate ECF Nos. 65 and 66.

May 7, 2026

**VIA ECF ONLY**
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

**SO ORDERED.**    Dale E. Ho
United States District Judge
Dated: May 8, 2026
New York, New York

Re:     *Telebrands Corp. v. guangzhoulingyedianzishangwuyouxiangongsi et al,*
        **Case No. 25-cv-08558-DEH**

Dear Judge Ho,

        We represent Telebrands Corp. ("Plaintiff"), in the above-referenced matter. On April 24, 2026, Plaintiff requested leave to file its *ex parte* motion to modify the Preliminary Injunction Order entered against Defendant GUANGZHOUSHIXIXILIJIAJUYONGPINYOUXIANGONGSI d/b/a Sicily-US s/h/a guangzhoulingyedianzishangwuyouxiangongsi d/b/a Sicily Miubber a/k/a Sicily TDNFAZBR a/k/a Sicily-us ("Sicily") and/or attach Sicily's assets (the "Application") under seal, and on that same day, Plaintiff filed the same under seal. On April 27, 2026, the Court issued an Order granting Plaintiff's Application (the "4/27 Order").

        Per the 4/27 Order, the 4/27 Order and all papers filed in support of Plaintiff's Application were to remain under seal until Financial Institutions (as defined in the 4/27 Order) confirmed their compliance with Paragraph a) of the 4/27 Order and Plaintiff notified the Court thereof. Plaintiff is hereby writing to notify the Court that the Financial Institutions have complied with the 4/27 Order, and the 4/27 Order, along with the papers filed in support of Plaintiff's Application, may be unsealed.

        We thank the Court for its time and attention to this matter.

                                Respectfully submitted,

                                **EPSTEIN DRANGEL LLP**

                                BY: S/ *Jason M. Drangel*
                                Jason M. Drangel (JD 7204)
                                jdrangel@ipcounselors.com
                                Melissa J. Levine
                                mlevine@ipcounselors.com